FILED

APR 2 9 2026

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | I N D I C T M E N T |
| | ) | |
| Plaintiff, | ) | |
| | ) | **1:26 CR 0 0 2 0 1** |
| v. | ) | CASE NO._____ |
| | ) | Title 18, United States Code, |
| DANIEL MCKINNEY, | ) | Sections 922(g)(1), |
| | ) | 924(c)(1)(A)(i), and 924(e) |
| Defendant. | ) | Title 21, United States Code, |
| | | Sections 841(a)(1)(A), (b)(1)(C) |

COUNT 1
(Felon in Possession of Firearm and/or Ammunition, 18 U.S.C. §§ 922(g)(1) and 924(e))

The Grand Jury charges:

**JUDGE POLSTER**

1.     On or about December 24, 2025, in the Northern District of Ohio, Eastern Division, Defendant DANIEL MCKINNEY, knowing he had previously been convicted of crimes punishable by imprisonment for a term exceeding one year, those being: Felon in Possession and Possession with Intent to Distribute, on or about March 10, 2022, in Case Number 1:21CR35, in the United States District Court, Northern District of Ohio, Eastern Division; Felon in Possession and Possession with Intent to Distribute, on or about March 3, 2006 and March 4, 2019, in Case Number 1:05CR549, in the United States District Court, Northern District of Ohio, Eastern Division; and Aggravated Assault, on or about January 24, 2002, in Case Number CR-01-410441, in the Cuyahoga County Common Pleas Court, did knowingly possess a firearm, to wit:  a CANiK, Model TP9SF Elite, 9mm pistol, bearing serial number 22BH03199, and 23 rounds of 9mm ammunition, said firearm and ammunition having

been shipped and transported in interstate commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(e).

SENTENCING ALLEGATION
(Prior Convictions, 18 U.S.C. § 924(e))

2.      Before Defendant DANIEL MCKINNEY committed the offense charged in Count 1 of this Indictment, DANIEL MCKINNEY had at least three previous convictions for violent felonies, serious drug offenses, or both, that were committed on occasions different from one another, to wit: Felon in Possession and Possession with Intent to Distribute, on or about March 10, 2022, in Case Number 1:21CR35, in the United States District Court, Northern District of Ohio, Eastern Division; Felon in Possession and Possession with Intent to Distribute, on or about March 3, 2006 and March 4, 2019, in Case Number 1:05CR549, in the United States District Court, Northern District of Ohio, Eastern Division; and Aggravated Assault, on or about January 24, 2002, in Case Number CR-01-410441, in the Cuyahoga County Common Pleas Court.

COUNT 2
(Possession with Intent to Distribute Controlled Substances, 21 U.S.C. §§ 841 (a)(1) and (b)(1)(C))

The Grand Jury further charges:

3.      On or about December 24, 2025, in the Northern District of Ohio, Eastern Division, Defendant DANIEL MCKINNEY did knowingly and intentionally possess with the intent to distribute a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, cocaine, a Schedule II controlled substance, and fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

2

COUNT 3
(Possession of a Firearm in Furtherance of a Drug Trafficking Crime, 18 U.S.C. §
924(c)(1)(A)(i))

The Grand Jury further charges:

4. On or about December 24, 2025, in the Northern District of Ohio, Eastern Division, Defendant DANIEL MCKINNEY did knowingly use and carry a firearm during and in relation to a drug trafficking crime for which Defendant may be prosecuted in a court of the United States, that is, Possession with Intent to Distribute Controlled Substances, 21 U.S.C. §§ 841(a)(1) and (b)(1)(C), as charged in Count 2 of the Indictment, in violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

## FORFEITURE

The Grand Jury further charges:

5. The allegations contained in Counts 1 through 3 are hereby re-alleged and incorporated by reference as if fully set forth herein for the purpose of alleging forfeiture pursuant to Title 21, United States Code, Section 853 (drug offenses) and Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c) (firearms offense). As a result of the foregoing offenses, Defendant DANIEL MCKINNEY shall forfeit to the United States: any and all property constituting, or derived from, any proceeds he obtained, directly or indirectly, as the result of the drug offenses charged herein; any and all of his property used, or intended to be used, in any manner or part, to commit or to facilitate the commission of the drug offenses charged herein; and, all firearms and ammunition involved in or used in the commission of the firearms offense charged herein.

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.

3